IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEANDRE D. CURRINGTON, #269990, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MASON BYNUM, | ) ) ) |
| Defendant. | ) |

CASE NO. 1:23-CV-93-RAH-CSC

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on September 26, 2023. (Doc. 21.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. This case is DISMISSED without prejudice.

2. All pending motions are DENIED as MOOT.

Final Judgment will be entered separately.

DONE, on this the 18th day of October 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE